

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 21 2008
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**MEGAN DAY**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-47 (GHL)**

_____Lionel Hector, Esq_____
Attorney for Defendant

## THE DEFENDANT ENTERED A PLEA OF:

__XX__ guilty __ nolo contendere] as to count(s)__2__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

## DATE OFFENSE CONCLUDED: January 12, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $800.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $825.00, payable no later than July 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

Defendant is also sentenced to 30 days imprisonment, suspended for a period of one year from the date of sentencing.

**IT IS FURTHER ORDERED THAT** Count 1 of the Information is dismissed on motion of the United States.

_____April 16, 2008_____
Date of Imposition of Sentence

_____April 19, 2008_____
DATE SIGNED

_____[signature]_____
GEORGE H. LOWE
U.S. Magistrate Judge